TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00298-CV

Faith Johnson, Appellant

v.

Teacher Retirements System of the State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. 98-10409, HONORABLE LORA LIVINGSTON, JUDGE PRESIDING 

PER CURIAM

 Faith Johnson filed a notice of appeal, but has since taken no steps to prosecute this
appeal. Despite requests by this Court's clerk, she has not paid her filing fees, has not filed a
docketing statement, and has not paid for the preparation of the clerk's record. 

 By letter dated June 7, 2001, this Court's clerk requested that Johnson either pay for
the record or explain her failure to pay for it; the clerk warned that failure to comply would result
in dismissal of the cause for want of prosecution. See Tex. R. App. P. 42.3. Johnson has neither
paid for the record, made arrangements to pay, or explained the failure to pay.

 We dismiss this appeal for want of prosecution.

Before Justices Kidd, B. A. Smith and Puryear

Dismissed for Want of Prosecution

Filed: July 26, 2001

Do Not Publish